```
                                  UNITED STATES DISTRICT COURT

                                        DISTRICT OF ARIZONA

                                                            No. CIV 97-555-TUC-WDB
 (1) Tohono O'odham Nation,

                     Plaintiff,

 vs.

 (2) Wayne Evans, et al.,                   ORDER REGARDING FUNDS
                                            HELD BY DEFENDANT
                     Defendants.            VOICE OF GOD
                                            RECORDINGS, INC.
 (2) Wayne Evans and (11) Western
 Pacific Construction, Inc.,

                     Counterclaimants,

 vs.

 (1) Tohono O'odham Nation,

                     Counter-Defendant.
```

Pursuant to the Stipulation of plaintiff, the Tohono O'odham Nation, and defendant, Voice of God Recordings, Inc., and good cause appearing therefore,

IT IS HEREBY ORDERED that this Court's April 29, 1998 Order freezing the Voice of God Recordings, Inc.'s funds held in a Certificate of Deposit with NBD Bank, N.A., account number 49642747 is vacated;

IT IS FURTHER ORDERED that NBD Bank, N.A., shall deliver to counsel for the Nation a cashier's check in the amount of $820,000.00. The check shall be delivered to Lane D. Oden, Esq., Fines & Oden, P.L.C., 627 N. Sixth Avenue, Tucson, AZ 85705-8300; and

1   IT IS FURTHER ORDERED that Voice of God Recordings, Inc. may retain the
2   balance of the funds held in account number 49642747.

3   DATED this 28 day of June, 2000.

William D. Browning
United States District Court Judge