UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| (1) Tohono O'odham Nation,<br><br>                Plaintiff,<br><br>vs.<br><br>(2) Wayne Evans, et al.,<br><br>                Defendants.<br><br>(2) Wayne Evans and (11) Western Pacific Construction, Inc.,<br><br>                Counterclaimants,<br><br>vs.<br><br>(1) Tohono O'odham Nation,<br><br>                Counter-Defendant. | No. CIV 97-555-TUC-WDB<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

Pursuant to the Stipulation of the parties for dismissal with prejudice of the claims and counterclaims asserted in this lawsuit, which the Court approves,

IT IS HEREBY ORDERED that the Tohono O'odham Nation's claims against all defendants are dismissed with prejudice;

IT IS FURTHER ORDERED that the counterclaim asserted by Wayne and Madelyn Evans and Western Pacific Construction, Inc. against the Nation is dismissed with prejudice; and

IT IS FURTHER ORDERED that each party shall bear its own costs and attorneys' fees.

DATED this 3 day of August, 2000.

William D. Browning
United States District Court Judge